# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)  Manion, Daniel A | 2. Court or Organization  USCA-7 | 3. Date of Report  05/15/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Article III | 5a. Report Type (check appropriate type)  ☐ Nomination,  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2007  to  12/31/2007 |
| 7. Chambers or Office Address  301 Grant Federal Building  204 S. Main Street  South Bend, IN 46601 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 MAY 20 A 9: 18 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2007 | Women's Care Center/Compensation |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *— transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manion, Daniel A | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Key Bank checking | B | Interest | K | T | | | | | |
| 2. Ken Bank checking #2 | | None | J | T | opened | 12/20 | J | | |
| 3. AIM Asia Pacific Growth fund | B | Distribution | K | T | | | | | |
| 4. Gabelli Value Mutual Fund | C | Distribution | K | T | | | | | |
| 5. Templeton Foreign Fund | D | Distribution | M | T | | | | | |
| 6. UBS Custodial Acct Items 7-13 | | | | | | | | | formerly KeyBank custodial |
| 7. Europacific Growth Fund | D | Distribution | L | T | | | | | |
| 8. Goldman Sachs Small Cap Value FUnd | D | Distribution | L | T | | | | | |
| 9. Hartford Capital Appreciation Fund | D | Distribution | M | T | | | | | |
| 10. Indiana Health Muni | A | Interest | J | T | | | | | |
| 11. AIM Developing Markets Fund | A | Distribution | J | T | | | | | |
| 12. First Financial Fund | B | Distribution | J | T | | | | | |
| 13. UBS deposit account | C | Distribution | M | T | | | | | formerly Victory Money Mkt |
| 14. Seligman Global Fund | | None | J | T | | | | | |
| 15. Janus Fund | A | Distribution | L | T | | | | | |
| 16. Fidelity Magellan Fund | D | Distribution | L | T | | | | | |
| 17. Diamonds | | None | J | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manion, Daniel A | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Keycorp common | E | Dividend | N | T | | | | | |
| 19. UBS deposit account | A | Distribution | K | T | | | | | formerly Victory Internat' |
| 20. IRAs -- items 21-30 | | | | | | | | | |
| 21. Oppenheimer Fund | | None | J | T | | | | | |
| 22. Wachovia Money Market/Cash | A | Distribution | J | T | | | | | |
| 23. General Electric | A | Dividend | K | T | | | | | |
| 24. FICO Strips | | None | | | sold | 10/5 | J | B | |
| 25. Davis NY Venture Fund | | | | | partial sale | 9/7 | J | B | |
| 26. Davis NY Venture Fund | B | Distribution | M | T | bought | 10/22 | J | | combined with line 25 |
| 27. Franklin Balance Sheet | C | Distribution | K | T | | | | | |
| 28. FICO strips | | None | J | T | | | | | |
| 29. Federal 401K plan | | None | N | T | | | | | invest 5% of salary monthl |
| 30. State of Indiana retirement | | None | J | T | | | | | |
| 31. Growth Fund America | A | Distribution | J | T | bought | 9/7 | J | | |
| 32. 20/20 Fund (Jennison) | B | Distribution | K | T | | | | | |
| 33. Northwestern Mutual Life Insurance | | None | M | T | | | | | |
| 34. Unimproved real estate St. Joseph Cty, IN | | None | L | W | . | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manion, Daniel A | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. 1/5 interest in unimproved real estate St. Joseph Cty, IN | | None | | | sale/gift | 1/3 | M | F | see Part VIII |
| 36. Baird Trust Acct: Items 37-70 | | | | | | | | | |
| 37. Broadridge Financial | A | Dividend | | | sold | 8/13 | J | A | spinoff from ADP |
| 38. Automatic Data Processing (ADP) | A | Dividend | K | T | | | | | |
| 39. Biomet Inc. common | A | Dividend | | | sold | 7/19 | L | E | |
| 40. Computer Sciences Corp. common | | None | K | T | | | | | |
| 41. Target Corp common | A | Dividend | L | T | | | | | |
| 42. Columbia Sportswear | A | Dividend | K | T | bought | 10/9 | K | | |
| 43. Windstream Corp. | A | Dividend | J | T | bought | 12/18 | J | | |
| 44. Illinois Tool Works common | A | Dividend | K | T | | | | | |
| 45. Intel Corp common | A | Dividend | K | T | | | | | |
| 46. Pfizer Inc. common | A | Dividend | | | sold | 5/14 | J | A | also donated some to chari |
| 47. Johnson & Johnson | A | Dividend | K | T | | | | | |
| 48. Procter & Gamble common | A | Dividend | K | T | | | | | |
| 49. Baird Muni Money Market (Dreyfus) | C | Distribution | M | T | | | | | |
| 50. Fiserv Inc. | | None | M | T | | | | | |
| 51. Home Depot common | A | Dividend | | | sold | 12/19 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manion, Daniel A | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Patterson Dental | | None | M | T | | | | | |
| 53. Fastenal common | B | Dividend | M | T | | | | | |
| 54. Harman International | A | Dividend | K | T | bought | 12/18 | K | | |
| 55. ING Group NV preferred | A | Dividend | K | T | bought | 12/31 | K | | |
| 56. Royal Bank of Scotland | A | Dividend | K | T | bought | 12/21 | K | | |
| 57. Harley Davidson common | B | Dividend | L | T | | | | | |
| 58. Medtronic Inc. | A | Dividend | L | T | | | | | |
| 59. Zebra Tech Corp. | | None | L | T | | | | | |
| 60. McGraw-Hill common | B | Dividend | L | T | | | | | |
| 61. Scripps common | A | Dividend | | | sold | 10/9 | K | A | |
| 62. Walgreen | A | Dividend | K | T | | | | | |
| 63. Alltel Corp | A | Dividend | | | sold | 11/16 | K | E | |
| 64. Emerson Electric | B | Dividend | L | T | | | | | |
| 65. Wrigley William Jr. Co. | A | Dividend | K | T | | | | | |
| 66. Amgen Inc. | | None | | | sold | 12/10 | K | A | |
| 67. Federated Invs Class B | A | Dividend | K | T | bought | 8/14 | K | | |
| 68. Microsoft Corp | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manion, Daniel A | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. General Electric | B | Dividend | K | T | | | | | |
| 70. Harris Corp | A | Dividend | L | T | | | | | |
| 71. UBS McDonald custodial acct items 72-84 | | | | | | | | | |
| 72. BP PLC common | D | Dividend | M | T | | | | | |
| 73. General Electric | B | Dividend | L | T | | | | | |
| 74. Pfizer Inc. | C | Dividend | L | T | | | | | |
| 75. PRocter & Gamble | B | Dividend | L | T | | | | | |
| 76. SM Smucker | A | Dividend | J | T | | | | | |
| 77. UBS deposit account | D | Dividend | M | T | | | | | formerly Victory prime obl |
| 78. McDonald custodial accts: Fidelity Adv. divident growth | A | Distribution | J | T | | | | | |
| 79. Alliance College Bound Fund | | None | L | T | | | | | |
| 80. American Funds College America | D | Distribution | N | T | | | | | |
| 81. College Choice 529 plan | A | Distribution | J | T | bought | 12/24 | J | | |
| 82. Fidelity Spartan 500 Index Fund | A | Distribution | K | T | | | | | |
| 83. Fidelity Growth and Income Fund | C | Distribution | K | T | | | | | |
| 84. Vanguard 500 Index Fund | B | Distribution | L | T | | | | | |
| 85. South Bend Redevelopment muni | A | Interest | | | t | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Manion, Daniel A | 05/15/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

VII, 35 --- Sale/Gift to County Park Foundation (42 USC section 4601 et seq.). 1/5 interest ██████████

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544